FLORENZ ZIEGFELD, JR., v. GUIGNARD MYRTIL.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JAMES FAY v. HERALD COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

M. G. SAMUELS AND COMPANY v. HAMBURG-BREMEN FIRE INSURANCE COMPANY. M. G. SAMUELS AND COMPANY v. BEN FRANKLIN FIRE INSURANCE COMPANY. M. G. SAMUELS AND COMPANY v. WESTERN FIRE INSURANCE COMPANY.— Motions granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

RAYMOND HUBBELL v. CHARLES K. HARRIS.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

In the Matter of JOHN FOX, Deceased.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JAMES T. POWERS v. JOHN L. GOLDEN.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

JAMES T. POWERS v. JOHN L. GOLDEN.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

In the Matter of NANCY M. SANBORN. (2 cases.) — Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

LOUIS ORLIK v. NATIONAL CARBON COMPANY. (3 cases.) — Motions granted, without costs. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. KATHERINE KAYE.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROCCO CARNEVALLE.— Motion granted. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

SAUL MAYER v. RAPHAEL SERIL.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

IRVING SCHULMAN v. ABRAHAM ROMAINE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

CENTURY HOLDING COMPANY v. EBLING BREWING COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

LOUIS G. HART v. MOTHER LODE COPPER MINES COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

MAX DAVIDSON v. ABRAHAM KERN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Shearn, JJ.

HARRY DELMAR v. RANDOLPH FILM COMPANY. JOHN REILLY v. RANDOLPH FILM COMPANY. HARRY LYNTON v. RANDOLPH FILM COMPANY. HERBERT HOFFMAN v. RANDOLPH FILM COMPANY.— Application denied,